EX PARTE GEORGE NEWSOM.

No. 20314.   Delivered February 8, 1939.

The opinion states the case.

*M. E. Gates,* of Huntsville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, JUDGE.—This is an appeal from an order of the District Court of Walker County refusing to discharge the relator from confinement in the state penitentiary under a writ of habeas corpus.

The evidence adduced upon the hearing of the application in question is not before this court. No bills of exception have been presented complaining of any matter of procedure.

The judgment is affirmed.